Daniel Kalish, OSB No. 111529
Shemia Fagan, OSB No. 093476
HKM EMPLOYMENT ATTORNEYS LLP
308 SW First Avenue, Suite 325
Portland, OR 97204
Telephone: (503) 389-1130
dkalish@hkm.com
sfagan@hkm.com

Jason A. Rittereiser, WSBA No. 43628
(admitted *pro hac vice*)
HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: (206) 826-5358
jrittereiser@hkm.com

Of Attorneys for Plaintiff Coty Richardson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| COTY RICHARDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHWEST CHRISTIAN UNIVERSITY, an Oregon Corporation,<br><br>    Defendant. | No. 6:15-cv-01886-AA<br><br>**DECLARATION OF DANIEL KALISH IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

DECLARATION OF DAN KALISH IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT– 1
(No. 6:15-cv-01886-AA)

HKM Employment Attorneys LLP
308 SW First Avenue, Suite 325
Portland, OR 97204
(503) 389-1130

1. I, Dan Kalish, represent the plaintiff Coty Richardson in the above-entitled action. I am over age of 18 and I am competent to testify about the matter stated herein.

2. Attached as **Exhibit A** are true and correct copies of various documents provided by defendant Northwest Christian University ("NCU") in discovery.

3. Attached as **Exhibit B** is a true and correct copy of "Defendant's Response to Plaintiff's First Set of Interrogatories."

4. Attached as **Exhibit C** is a true and correct copy of *In the Matter of WAL-MART STORES EAST, INC. dba Wal-Mart*, 22 BOLI 27 (July 13, 2001).

5. Attached as **Exhibit D** is a true and correct copy of portions of the Deposition of Dr. Heike McNeil taken on April 29, 2016.

6. Attached as **Exhibit E** is a true and correct copy of portions of the Deposition of Coty Richardson taken on April 25, 2016.

7. Attached as **Exhibit F** is a true and correct copy of portions of the Deposition of Dr. Joseph Womack taken on April 26, 2016.

8. Attached as **Exhibit G** is a true and correct copy of portions of the Deposition of Dr. Dennis Lindsay taken on April 28, 2016.

9. Attached as **Exhibit H** is a true and correct copy of portions of the Deposition of Gene De Young taken on April 27, 2016.

DECLARATION OF DAN KALISH IN
SUPPORT OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT– 2
(No. 6:15-cv-01886-AA)

HKM Employment Attorneys LLP
308 SW First Avenue, Suite 325
Portland, OR 97204
(503) 389-1130

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 25th day of October, 2016 at Seattle, Washington.

*s/Daniel Kalish*
Daniel Kalish

DECLARATION OF DAN KALISH IN
SUPPORT OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT– 3
(No. 6:15-cv-01886-AA)

**HKM Employment Attorneys LLP**
308 SW First Avenue, Suite 325
Portland, OR 97204
(503) 389-1130

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the United States of America and the State of Oregon that on October 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Karen M. Vickers, OSB No. 913810
    Blake H. Fry, OBS No. 100128
    Mersereau Shannon LLP
    One SW Columbia Street, Suite 1600
    Portland, OR 97258
    Telephone: 503-226-6400
    Facsimile: 503-226-0383
    Email: kvickers@mershanlaw.com
    Email: bfry@mershanlaw.com

    Attorneys for Defendant

Dated this 25th day of October, 2016.

                                *s/Lara Flores*
                                Lara Flores

DECLARATION OF DAN KALISH IN
SUPPORT OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT– 4
(No. 6:15-cv-01886-AA)

HKM Employment Attorneys LLP
308 SW First Avenue, Suite 325
Portland, OR 97204
(503) 389-1130