Daniel Kalish, OSB No. 111529
Jason A. Rittereiser (admitted *pro hac vice*)
Shemia Fagan, OSB No. 093476
HKM Employment Attorneys LLP
308 SW First Avenue, Suite 325
Portland, Oregon  97204
Telephone: 503-389-1130
dkalish@hkm.com
jrittereiser@hkm.com
sfgan@hkm.com
*Attorneys for Plaintiff Coty Richardson*

Karen M. Vickers, OSB No. 913810
Blake H. Fry, OSB No. 100128
One W Columbia Street, Suite 1600
Portland, Oregon 97258-2089
Telephone: 503-226-6400
Facsimile: 503-226-0383
Email: bfry@mershanlaw.com
Email: kvickers@mershanlaw.com
*Attorneys for Defendant Northwest Christian University*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| COTY RICHARDSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>NORTHWEST CHRISTIAN UNIVERSITY, an Oregon Corporation,<br><br>                    Defendant. | Case No. 6:15-cv-01886-AA<br><br>**STIPULATED MOTION TO DISMISS VARIOUS CLAIMS** |

STIPULATED MOTION TO DISMISS VARIOUS CLAIMS - 1
(6:15-cv-01886-AA)

## CERTIFICATE PURSUANT TO LR 7.1

Pursuant to Local Rule 7.1, counsel for the parties have conferred by email regarding the subject of this motion. After conference between counsel, including review of a draft of this motion, the parties agree that the requested motion is reasonable and appropriate under the circumstances.

## MOTION

The parties hereby move to dismiss the following five claims, with prejudice, and without an award of costs to either party, alleged in Plaintiff Coty Richardson's Second Amended Complaint:

- Fourth Claim for Relief (religious discrimination under state law);
- Fifth Claim for Relief (wrongful termination in violation of public policy);
- Eighth Claim for Relief (violation of the Oregon wage statutes);
- Ninth Claim of Relief (violation of specific treatment in specific situations);
- Twelfth Claim of Relief (religious discrimination under federal law).

////

///

//

/

STIPULATED MOTION TO DISMISS VARIOUS CLAIMS - 2
(6:15-cv-01886-AA)

HKM EMPLOYMENT ATTORNEYS LLP
308 SW First Avenue, Suite 325
Portland, Oregon 97204
(503) 389-1130

DATED: November 17, 2016.

**HKM EMPLOYMENT ATTORNEYS LLP**       **MERSEREAU SHANNON LLP**

*s/Dan Kalish*                                              *s/Karen Vickers*
Daniel Kalish, OSB No. 111529                 Karen M. Vickers, OSB No. 913810

*Attorneys for Plaintiff Coty Richardson*      *Attorneys for Defendant Northwest Christian University*

STIPULATED MOTION TO DISMISS VARIOUS CLAIMS - 3
(6:15-cv-01886-AA)

**HKM EMPLOYMENT ATTORNEYS LLP**
308 SW First Avenue, Suite 325
Portland, Oregon 97204
(503) 389-1130

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **JOINT STIPULATED MOTION TO DISMISS VARIOUS CLAIMS** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

    Karen M. Vickers, OSB No. 913810
    Blake H. Fry, OSB No. 100128
    One W Columbia Street, Suite 1600
    Portland, OR 97258-2089
    Telephone: 503-226-6400
    Facsimile: 503-226-0383
    Email: bfry@mershanlaw.com
    Email: kvickers@mershanlaw.com

    *Attorneys for Defendant Northwest Christian University*

**DATED:** November 17, 2016

    **HKM EMPLOYMENT ATTORNEYS LLP**


    By: *s/Lara Flores*
        Lara Flores

STIPULATED MOTION TO DISMISS VARIOUS CLAIMS - 4
(6:15-cv-01886-AA)

**HKM EMPLOYMENT ATTORNEYS LLP**
308 SW First Avenue, Suite 325
Portland, Oregon 97204
(503) 389-1130